UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR SOTO, ET AL,                                          No. C 09-05572 JCS

        Plaintiff(s),
                                                             **ORDER TO SHOW CAUSE**
  v.

INDYMAC MORTGAGE SERVICES, ET. AL.,

        Defendant(s).
_____/

    Pursuant to Civil L.R. 16-2, a case management conference was scheduled on March 12, 2010, before this Court in the above-entitled case. Plaintiff was present. Defendants were not present.

    IT IS HEREBY ORDERED that Plaintiff and Defendants shall appear on **April 16, 2010, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

Dated: March 15, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge