**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR SOTO, ET AL,                                    No. C 09-05572 JCS

        Plaintiff(s),

    v.                                                 **ORDER DISMISSING CASE**

INDYMAC  MORTGAGE  SERVICES,  ET.
AL.,

        Defendant(s).

_____/

    IT IS HEREBY ORDERED that all remaining claims are dismissed for lack of subject matter

jurisdiction without prejudice.  The Clerk is instructed to close this case.

    IT IS SO ORDERED.


Dated:  April 19, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge